FILED & ENTERED

MAR 16 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JACQUELINE RUTH WATSON,<br><br>Debtor(s). | Case No.  2:16-bk-15465-VZ<br><br>Chapter 13<br><br>**ORDER GRANTING DEBTOR'S OBJECTION TO CLAIM 2-1 OF JB FINANCIAL**<br><br>Date:      January 9, 2017<br>Time:     10:30 a.m.<br>Location: Courtroom 1368<br><br>*Related to Docket Entry No. 18* |

On January 9, 2017, a hearing was held on a motion by debtor, Jacqueline Ruth Watson, objecting to Claim 2-1 in favor of JB Financial ("Motion").

Based on the Court's tentative ruling, **IT IS ORDERED** that the Motion is **GRANTED**.

###

Date: March 16, 2021

Vincent P. Zurzolo
United States Bankruptcy Judge